# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516. 712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

March 23, 2026

**VIA ECF**

The Honorable Magistrate Judge Lee G. Dunst
United States District Court: Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

> Re:  *Gerald Nicolas v. Richland Management Company, Inc., et al.*
> EDNY Docket No.    :    2:25-cv-06969
> Our File No.    :    420-33492

Dear Honorable Magistrate Judge Dunst:

Our firm represents Defendants, *Richland Management Company, Inc.*, *Patricia Abrams*, and *Christian Antigua* in the above-referenced matter. We respectfully submit this correspondence to request an additional two-week extension of time, up to and including April 13, 2026, to submit a response to the Complaint on behalf of Defendants. The undersigned requires this brief extension of time to continue familiarizing themselves with the allegations contained in the Complaint prior to submitting a response on behalf of Defendants. Plaintiff's counsel has granted their kind consent to this extension.

The current deadline for Defendants to respond to the Complaint is March 30, 2026. This request represents Defendants' first request for such an extension of time.

We remain available should Your Honor require any additional information concerning this request. We thank this Honorable Court for its time and consideration of these matters.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

Christopher Giovinco, Esq.

cc:  ***Emanuel Kataev, Esq.***
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, New York 11423
P.: 718-412-2421
emanuel@sagelegal.nyc

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK
NEW JERSEY  ▪  CONNECTICUT  ▪  FLORIDA  ▪  PENNSYLVANIA