# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW

1000 WOODBURY ROAD   SUITE 402   WOODBURY, NY 11797
TELEPHONE: 516. 712.4000   FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

April 22, 2026

**VIA ECF**

The Honorable Magistrate Judge Lee G. Dunst
United States District Court: Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

> Re:   *Gerald Nicolas v. Richland Management Company, Inc., et al.*
> EDNY Docket No.   :   2:25-cv-06969
> Our File No.   :   420-33492

Dear Honorable Magistrate Judge Dunst:

Our firm represents Defendants, *Richland Management Company, Inc.*, *Patricia Abrams*, and *Christian Antigua* in the above-referenced matter.[1] The undersigned respectfully submits this correspondence to request an additional thirty-day (30) extension of time, up to and including May 27, 2026, to submit a response to the Complaint on behalf of Defendants. The current deadline for Defendants to respond to the Complaint is April 27, 2026. Plaintiff's counsel has granted their kind consent to this extension.

This request represents Defendants' third request for an extension of time to respond to the Complaint. Defendants require this extension of time to sort out recent logistical complications surrounding the undersigned's representation of Defendants in this matter.

We remain available should Your Honor require any additional information concerning this request. We thank this Honorable Court for its time and consideration of these matters.

Very truly yours,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

Christopher Giovinco, Esq.

---

[1] Defendant 141 Great Neck Road Corp has not appeared to date.

WOODBURY, NEW YORK · PURCHASE, NEW YORK
NEW JERSEY · CONNECTICUT · FLORIDA · PENNSYLVANIA

cc:    ***Emanuel Kataev, Esq.***
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, New York 11423
P.: 718-412-2421
emanuel@sagelegal.nyc