# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW
1000 WOODBURY ROAD     SUITE 402     WOODBURY, NY 11797
TELEPHONE: 516. 712.4000     FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

May 20, 2026

**VIA ECF**
The Honorable Magistrate Judge Lee G. Dunst
United States District Court: Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

　　　　　Re:　　*Gerald Nicolas v. Richland Management Company, Inc., et al.*
　　　　　　　　EDNY Docket No.　　:　　2:25-cv-06969
　　　　　　　　Our File No.　　　　:　　420-33492

Dear Honorable Magistrate Judge Dunst:

　　　Our firm represents Defendants, *Richland Management Company, Inc.*, *Patricia Abrams*, and *Christian Antigua* in the above-referenced matter. The undersigned now seeks an Order to be relieved as counsel and replaced with incoming counsel (Schneider Buchel LLP). Annexed hereto is a fully executed consent form regarding this request for the substitution of counsel.

　　　The current deadline for Defendants to respond to the Complaint is May 27, 2026. Per the most recent Order of this Court, dated April 23, 2026, no further extensions of this deadline are to be granted absent a timely showing of good cause. However, in the interest of affording incoming counsel a reasonable opportunity to familiarize themselves with this matter prior to submitting a responsive pleading, we respectfully request that the current deadline for Defendants to respond to the Complaint be adjourned to a date thirty (30) days after an Order from the Court granting the desired substitution of counsel. Plaintiff's counsel takes no position for or against this request.

　　　We remain available should Your Honor require any additional information concerning the requests herein. We thank this Honorable Court for its time and consideration of these matters.

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　MILBER MAKRIS PLOUSADIS
　　　　　　　　　　　　　　　& SEIDEN, LLP

　　　　　　　　　　　　　　　Christopher Giovinco, Esq.

cc:　　*Emanuel Kataev, Esq.*
　　　SAGE LEGAL LLC
　　　18211 Jamaica Avenue
　　　Jamaica, New York 11423

WOODBURY, NEW YORK  ▪  PURCHASE, NEW YORK
NEW JERSEY  ▪  CONNECTICUT  ▪  FLORIDA  ▪  PENNSYLVANIA

P.: 718-412-2421
emanuel@sagelegal.nyc

AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN _____ **District of** _____ NEW YORK

GERALD NICOLAS

Plaintiff (s),

V.

RICHLAND MANAGEMENT COMPANY, INC., et. al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 25-cv-06969

Notice is hereby given that, subject to approval by the court, Richland Management Company, Inc., Patricia Abrams, and Christian Antigua _____ substitutes

(Party (s) Name)

Anjana Nair, Esq., Schneider Buchel LLP _____ , State Bar No. 4831087 _____ as counsel of record in

(Name of New Attorney)

place of Christopher Giovinco, Esq., Milber Makris Plousadis & Seiden, LLP _____ .

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Schneider Buchel LLP

Address: 60 Crossways Park Dr West, Suite 340, Woodbury, NY 11797

Telephone: (516) 393-5555        Facsimile (516) 393-5556

E-Mail (Optional): anair@schneiderbuchel.com

I consent to the above substitution.

Date: 05/19/26

_Peggy Abrams (May 19, 2026 16:05:14 EDT)_

I consent to being substituted.

Date: 5/19/2026

_Christian Antigua (May 19, 2026 16:01..._ (Signature of Party (s)) _Thomas Flood, VP, Richland Management_
_Thomas Flood, VP, Richland Management (May 19, 2026 16:00:55 EDT)_

VP Richland Management C

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/19/2026

_Anjana Nair_

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**