UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GERALD NICOLAS, on behalf of himself and
Others similarly situated

*Plaintiff,*

-against-

RICHLAND MANAGEMENT COMPANY, INC.,
141 GREAT NECK ROAD CORP.,
PATRICIA ABRAMS, AND CHRISTIAN ANTIGUA,

*Defendants,*

-------------------------------------------------------------------X

Case No.: 25-cv-6969

**NOTICE OF APPEARANCE**

To: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this court, and I appear in this case as incoming counsel for Defendants RICHLAND MANAGEMENT COMPANY, INC., PATRICIA ABRAMS and CHRISTIAN ANTIGUA.

Respectfully submitted,

**SCHNEIDER BUCHEL LLP**

By: *Anjana Nair*

Anjana Nair, Esq.
*Attorneys for the aforementioned Defendants*
60 Crossways Park Dr. W.
Woodbury, New York 11797
Phone: (516) 393-5555
Fax: (516) 393-5556
anair@schneiderbuchel.com