

May 26, 2026

***<u>VIA ECF</u>***
Judge Sanket J. Bulsara and Magistrate Judge Lee G. Dunst
United States District Judges
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re: GERALD NICOLAS et al. v. RICHLAND MANAGEMENT
       COMPANY, INC., et al.
       Case No.: 25-cv-6969

Dear Justices:

   This office is incoming counsel for the Defendants, Richland Management Company, Inc., Patricia Abrams, and Christian Antigua ("Defendants") in the above captioned matter. We have just recently been retained to replace outgoing counsel, and were notified by them today that their motion to be relieved has been granted, but there was no determination on the request for a 30-day extension for incoming counsel to file an Answer.

   Accordingly, Defendants respectfully requests a 30-day extension of time to familiarize ourselves with the file and to prepare and file an Answer.

   Thank you for your consideration in this matter.

            Respectfully submitted,

            *Mitchell Flachner*

            Mitchell Flachner



**To:** **Emanuel Kataev, Esq.**
**SAGE LEGAL LLC**
**Attorneys for Plaintiff**
**18211 Jamaica Avenue**
**Jamaica, NY 11423**
**P.: 718-412-2421**
**P.: 917-807-7819 (c)**
**emanuel@sagelegal.nyc**