UNITED STATES DISTRICT COURT
EASTERN DISTRICT: NEW YORK
------------------------------------------------------------------X
GERALD NICOLAS, on behalf of himself and
others similarly situated,                                                    Case No. 25-cv-6969

                                    Plaintiffs,

          -against-                                                **ANSWER TO
                                                                   COMPLAINT**

RICHLAND MANAGEMENT COMPANY,
INC., 141 GREAT NECK ROAD CORP.,
PATRICIA ABRAMS, AND CHRISTIAN
ANTIGUA,

                                    Defendants.

------------------------------------------------------------------X

Defendants Richland Management Company, Inc. ("Richland"), Patricia Abrams

("Abrams"), and Christian Antigua ("Antigua") (collectively "Defendants"), by their attorneys,

Schneider Buchel LLP, as and for their Verified Answer to the Summons and Verified Complaint

dated December 18, 2025 (the "Complaint") of Plaintiffs Gerald Nicolas (hereinafter "Plaintiff"),

on behalf of himself and others similarly situated sets forth and alleges as follows:

## NATURE OF THE ACTION

1.      Deny having knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph "1" of the Complaint and respectfully refers all questions

of law to this Honorable Court for its determination.

2.      Deny having knowledge or information sufficient to form a belief as to the truth of

the allegations contained in paragraph "2" of the Complaint.

1

## JURISDICTION AND VENUE

3.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

4.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

5.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "5" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

6.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of the Complaint.

7.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

8.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

## PARTIES

9.      Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of the Complaint.

10.     Admit the allegations contained in paragraph "10" of the Complaint.

2

11.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11" of the Complaint.

12.    Admit the allegations contained in paragraph "12" of the Complaint.

13.    Admit the allegations contained in paragraph "13" of the Complaint.

14.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "14" of the Complaint.

15.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "15" of the Complaint.

## STATEMENT OF FACTS

16.    Deny each and every allegation contained in paragraph "16" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to Defendant 141 Great Neck Road Corp ("141 GNR").

17.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "17" of the Complaint.

18.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "18" of the Complaint.

19.    Deny the allegations contained in paragraph "19" of the Complaint.

20.    Deny the allegations contained in paragraph "20" of the Complaint.

21.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "21" of the Complaint.

22.    Deny the allegations contained in paragraph "22" of the Complaint.

23.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23" of the Complaint.

24.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24" of the Complaint.

25.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of the Complaint.

26.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of the Complaint.

27.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "27" of the Complaint.

28.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of the Complaint.

29.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "29" of the Complaint.

30.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "30" of the Complaint.

31.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "31" of the Complaint.

32.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "32" of the Complaint.

33.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "33" of the Complaint.

34.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "34" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

35.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "35" of the Complaint.

36.     Deny each and every allegation contained in paragraph "36" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

37.     Deny each and every allegation contained in paragraph "37" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

38.     Deny each and every allegation contained in paragraph "38" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

39.     Deny each and every allegation contained in paragraph "39" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

40.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "40" of the Complaint.

41.     Deny each and every allegation contained in paragraph "41" of the Complaint.

42.     Deny each and every allegation contained in paragraph "42" of the Complaint.

43.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "43" of the Complaint.

44.     Deny each and every allegation contained in paragraph "44" of the Complaint.

45.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "45" of the Complaint.

46.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "46" of the Complaint.

47.    Deny the allegations contained in paragraph "47" of the Complaint.

48.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "48" of the Complaint.

49.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "49" of the Complaint.

50.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "50" of the Complaint.

51.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "51" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

52.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "52" of the Complaint.

53.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "53" of the Complaint and respectfully refers this Honorable Court to the text message referred to in the allegation for a true statement of its content.

54.    Deny the allegations contained in paragraph "54" of the Complaint.

55.    Deny  having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "55" of the Complaint and respectfully refers this Honorable Court to the text message referred to in the allegation for a true statement of its content.

6

56.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "56" of the Complaint and respectfully refers this Honorable Court to the formal request referred to in the allegation for a true statement of its content.

57.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "57" of the Complaint.

58.     Deny the allegations contained in paragraph "58" of the Complaint.

59.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "59" of the Complaint.

60.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "60" of the Complaint.

61.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "61" of the Complaint and respectfully refers this Honorable Court to the letter referred to in the allegation for a true statement of its content.

62.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "62" of the Complaint and respectfully refers this Honorable Court to the letter referred to in the allegation for a true statement of its content.

63.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "63" of the Complaint.

64.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "64" of the Complaint.

65.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "65" of the Complaint.

66.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "66" of the Complaint.

67.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "67" of the Complaint.

68.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "68" of the Complaint.

69.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "69" of the Complaint.

70.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "70" of the Complaint.

71.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "71" of the Complaint.

72.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "72" of the Complaint.

73.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "73" of the Complaint.

74.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "74" of the Complaint.

75.     Deny the allegations contained in paragraph "75" of the Complaint.

76.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "76" of the Complaint.

77.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "77" of the Complaint.

78.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "78" of the Complaint.

79.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "79" of the Complaint.

80.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "80" of the Complaint.

## FLSA COLLECTIVE ACTION ALLEGATIONS

81.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "81" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

82.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "82" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

83.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "83" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

84.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "84" of the Complaint.

85.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "85" of the Complaint.

86.	Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "86" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

87.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "87" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

88.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "88" of the Complaint.

89.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "89" of the Complaint.

90.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "90" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

91.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "91" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

92.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "92" of the Complaint.

93.     Deny each and every allegation contained in paragraph "93" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

**CLASS ACTION ALLEGATIONS**

94.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "94" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

**A. Class Definition**

95.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "95" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

96.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "96" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

97.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "97" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

98.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "98" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

99.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "99" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

100.     Deny each and every allegation contained in paragraph "100" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

101.     Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "101" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

**B. Numerosity and Impracticability of Joinder**

102.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "102" of the Complaint.

103.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "103" of the Complaint.

104.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "104" of the Complaint.

105.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "105" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

**C. Common Questions of Law and Fact**

106.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "106" of the Complaint.

107.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "107" of the Complaint.

108.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "108" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

109.   Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "109" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

### D. Typicality of Claims and Relief Sought

110.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "110" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

111.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "111" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

112.    Deny each and every allegation contained in paragraph "112" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

113.    Deny each and every allegation contained in paragraph "113" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

### E. Adequacy of Representation

114.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "114" of the Complaint.

115.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "115" of the Complaint.

116.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "116" of the Complaint.

117.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "117" of the Complaint.

118. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "118" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

## F. Requirements of Rule 23(b)(1)

119. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "119" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

120. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "120" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

121. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "121" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

122. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "122" of the Complaint.

## G. Requirements of Rule 23(b)(2)

123. Deny each and every allegation contained in paragraph "123" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

124. Denies each and every allegation contained in paragraph "124" of the Complaint.

125. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "125" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

14

126.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "126" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

127.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "127" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

### H.  Requirements of Rule 23(b)(3)

128.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "128" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

129.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "129" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

130.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "130" of the Complaint.

131.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "131" of the Complaint.

### CAUSES OF ACTION

### COUNT I
### VIOLATIONS OF THE FLSA: UNPAID WAGE AND OVERTIME
### (*on behalf of the Plaintiff and the Collective Action Members*)

132.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "131" above, as if set forth at length herein.

15

133.    Deny each and every allegation contained in paragraph "133" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

134.    Deny each and every allegation contained in paragraph "134" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

135.    Deny each and every allegation contained in paragraph "135" of the Complaint.

136.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "136" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

137.    Deny each and every allegation contained in paragraph "137" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

138.    Deny each and every allegation contained in paragraph "138" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

139.    Deny each and every allegation contained in paragraph "139" of the Complaint as alleged against Defendants, deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR and respectfully refers all questions of law to this Honorable Court for its determination.

140.    Deny each and every allegation contained in paragraph "140" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

141. Deny each and every allegation contained in paragraph "141" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

**COUNT II**
**VIOLATIONS OF THE NYLL: UNPAID WAGES AND OVERTIME**
(*on behalf of the Plaintiff and the Class*)

142. Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "141" above, as if set forth at length herein.

143. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "143" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

144. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "144" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

145. Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "145" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

146. Deny each and every allegation contained in paragraph "146" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

147. Deny each and every allegation contained in paragraph "147" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

148. Deny each and every allegation contained in paragraph "148" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

149. Deny each and every allegation contained in paragraph "149" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

## COUNT III
## VIOLATION OF TITLE VII: DISCRIMINATION

150. Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "149" above, as if set forth at length herein.

151. Deny each and every allegation contained in paragraph "151" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

152. Deny each and every allegation contained in paragraph "152" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

153. Deny each and every allegation contained in paragraph "153" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

154. Deny each and every allegation contained in paragraph "154" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

## COUNT IV
## VIOLATION OF NYSHRL: DISCRIMINATION
## (HOSTILE WORK ENVIRONMENT)

155.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "154" above, as if set forth at length herein.

156.    Deny each and every allegation contained in paragraph "156" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

157.    Deny each and every allegation contained in paragraph "157" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

158.    Deny each and every allegation contained in paragraph "158" of the Complaint.

159.    Deny each and every allegation contained in paragraph "159" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

## COUNT V
## VIOLATION OF NYCHRL: DISCRIMINATION
## (HOSTILE WORK ENVIRONMENT)

160.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "159" above, as if set forth at length herein.

161.    Deny each and every allegation contained in paragraph "161" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

162.    Deny each and every allegation contained in paragraph "162" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

163.    Deny each and every allegation contained in paragraph "163" of the Complaint.

164.    Deny each and every allegation contained in paragraph "164" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

## COUNT VI
## VIOLATION OF TITLE VII: RETALIATION

165.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "164" above, as if set forth at length herein.

166.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "166" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

167.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "167" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

168.    Deny each and every allegation contained in paragraph "168" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

169.    Deny each and every allegation contained in paragraph "169" of the Complaint.

## COUNT VII
## VIOLATION OF NYSHRL: RETALIATION

170.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "169" above, as if set forth at length herein.

171.    Deny each and every allegation contained in paragraph "171" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

172.    Deny each and every allegation contained in paragraph "172" of the Complaint.

## COUNT VIII
## VIOLATION OF NYCHRL: RETALIATION

173.    Defendants repeat, reiterate and reallege each and every response contained in paragraphs "1" through "173" above, as if set forth at length herein.

174.    Deny each and every allegation contained in paragraph "174" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

175.    Deny each and every allegation contained in paragraph "175" of the Complaint as alleged against Defendants and deny having knowledge or information sufficient to form a belief as to the truth of the allegations as to 141 GNR.

## JURY DEMAND AND PRAYER FOR RELIEF

176.    Deny having knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "176" of the Complaint and respectfully refers all questions of law to this Honorable Court for its determination.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

177.    The Complaint, in whole or in part, fails to state a cause of action upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

178.    The Complaint is confusing and violates Rule 8 of the Federal Rules of Civil Procedure on the grounds that it cannot be determined from the Complaint which entity and which individuals are being sued for what relief and at what property.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

179.    The Complaint must be dismissed based upon documentary evidence.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

180.    The Complaint must be dismissed to the extent the claims therein are asserted beyond the applicable statute of limitations.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

181.    Any premium and overtime pay that Plaintiff(s) received during the course of their employment must be offset against any alleged liability asserted in the Complaint.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

182.    The relief sought in the Complaint is barred, in whole or in part, because Plaintiff(s) is estopped by his own conduct from recovering any damages or any relief against Defendants.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

183.    Plaintiff(s)' claims are subject, in whole or in part, to set-off.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

184.    Plaintiff(s)' claims are barred by the doctrine of waiver.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

185.    The Complaint must be dismissed because the Defendants' actions were taken in good faith without reckless disregard of Plaintiff(s)' statutory rights, and in conformity with and in reliance upon all applicable laws, rules, regulations, rulings, approvals, interpretations, and orders and with reasonable grounds for believing that their actions were in compliance with the law.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

186.    Plaintiff(s)' claims are barred by the doctrine of unclean hands.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

187.    The Complaint must be dismissed as Plaintiff( are not entitled to damages provided by the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964, New York State Human Rights Law,  New York City Human Rights Law, New York City Administrative Code and/or the New York Labor Law.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

188.    Plaintiff(s)' claims are barred by the doctrines of accord and satisfaction, ratification, confirmation, and acquiescence.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE**

189.    Defendants did not breach any contractual, general, or other duty to Plaintiff(s).

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

190.    Plaintiff(s) are not entitled to civil penalties, prejudgment/post-judgment interest, statutory damages, liquidated damages, punitive damages, or an extended statute of limitations because any alleged act or omission giving rise to Plaintiff(s)' claims was made in good faith and was not willful because the Defendants had reasonable grounds for believing that any such alleged

23

act or omission was not a violation of the Fair Labor Standards Act, Title VII of the Civil Rights Act of 1964, New York State Human Rights Law,  New York City Human Rights Law, New York City Administrative Code and/or the New York Labor Law.

## AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE

191.    Some or all of the compensation sought by Plaintiff(s) is not based on any compensable working time under the applicable statutes.

## AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

192.    Plaintiffs' federal claims should be dismissed to the extent that Defendant is not an enterprise as defined under the Fair Labor Standards Act, nor are the Defendants sufficiently engaged in interstate commerce so as to warrant individual coverage of the named Plaintiff(s) or any of the putative Plaintiff(s) in the collective action.

## AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

193.    Plaintiff(s) have suffered no damages or pecuniary loss attributable to actionable conduct by Defendants.

## AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

194.    At all relevant times, Defendants acted reasonably and in the proper and lawful exercise of its discretion and business judgment, and without intent to violate Plaintiff(s)' rights.

## AS AND FOR A NINTEENTH AFFIRMATIVE DEFENSE

195.    Plaintiff(s) are not covered by the statutes pursuant to which their claims are brought.

## AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

196.    Plaintiff(s)' alleged unpaid working time is de minimis.

## AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE

197.    All decisions made by Defendants with respect to Plaintiff(s) and all actions taken with respect to Plaintiff(s) were made in good faith and were based on legitimate and reasonable business-related factors.

## AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE

198.    Defendants are not liable to Plaintiff(s) for retaliation because all actions taken with respect to Plaintiff(s) were made in good faith and were based on legitimate and reasonable business-related factors and were not retaliatory.

## AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE

199.    Plaintiff(s) claims are barred because Defendants had legitimate, non-retaliatory reasons for their treatment of Plaintiff(s) and because Plaintiff(s) cannot demonstrate pretext.

## AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE

200.    To the extent that an unlawful employment action occurred (an allegation which Defendants deny), the same action would have been taken in the absence of any unlawful motivating factor.

## AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE

201.    Plaintiffs are not suitable representatives of the putative class or collective.

## AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE

202.    Defendants did not engage in any discriminatory conduct.

WHEREFORE, Defendants demand judgment dismissing the Plaintiff(s)' complaint in its entirety, with prejudice; awarding attorneys' fees, costs and disbursements; together with such other and further relief as this Court deems just, equitable and proper.

Dated: Woodbury, New York
      June 23, 2026

                          SCHNEIDER BUCHEL LLP

                  By:    /s/ Mitchell Flachner, Esq.
                          Mitchell Flachner, Esq.
                          *Attorneys for Defendants Richland Management Company, Inc., Patricia Abrams and Christian Antigua*
                          60 Crossways Pak Drive W., Suite 340
                          Woodbury, New York 11797
                          (516) 393-5555

TO:    SAGE LEGAL LLC
        *Attorneys for Plaintiffs*
        18211 Jamaica Avenue
        Jamaica, NY 11423

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint was mailed by first class mail, postage prepaid, this 23rd day of June, 2026, to all counsel of record as indicated on the service list below:

/s/ Mitchell Flachner, Esq.
Mitchell Flachner, Esq.

## SERVICE LIST

SAGE LEGAL LLC
*Attorneys for Plaintiffs*
18211 Jamaica Avenue
Jamaica, NY 11423