UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Sandra Felgueiras |
| **DATE:** | **September 1, 2026** |
| **TIME:** | **11:00AM** |
| **FORMAT:** | ☐ In Person ☒ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-6969 (SJB)** |
| **NAME OF CASE(S):** | Nicolas v. Richland Management Company, Inc. et al |
| **FOR PLAINTIFF(S):** | Emanuel Kataev |
| **FOR DEFENDANT(S):** | Mitchell Jared Flachner |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 11:00-11:09 |

**RULINGS FROM INITIAL CONFERENCE:**

For the reasons stated on the record, the parties' joint proposed schedule at DE [14] is APPROVED as follows: (1) automatic disclosures required by Federal Rule of Civil Procedure 26(a)(1) by 9/29/2026; (2) preliminary discovery necessary for reasoned consideration of settlement by 12/1/2026; (3) fact discovery by 2/2/2027; (4) all discovery by 2/28/2027; and (5) the final date to take the first step in dispositive motion practice, if any, consistent with the Individual Practice Rules of District Judge Sanket J. Bulsara, shall be 3/31/2027.

Additionally, any motion to amend the pleadings to add claims or join additional parties must be filed by 12/1/2026. Any such motion filed on or after 12/2/2026 will be denied absent a showing of good cause under Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115 (2d Cir. 2021).

This case is referred to the EDNY Mediation Panel. For assistance with the mediation process or the selection of a mediator, counsel are invited to contact EDNY ADR Administrator Danielle B. Shalov at 718-613-2578. Completion of mediation shall be by 12/23/2026. The parties shall submit a joint mediation status report by 1/6/2027.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge